UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:23-cr-00106-GFVT-MAS-1 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LIVIU MIHAI DUMITRU, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by

United States Magistrate Judge Matthew A. Stinnett. [R. 55]. The recommendation instructed the

parties to file any specific written objections within three days after being served with the

decision, or else waive the right to further review. [*Id.* at 3]. The Defendant has not objected and

the time to do so has passed. Upon review, the Court is satisfied that Dumitru knowingly and

competently pled guilty to the charged offense and that an adequate factual basis supports the

plea as to each essential element of the offense charged. Accordingly, the Court hereby

**ORDERS** as follows:

1. Judge Stinnett's Recommendation to Accept Guilty Plea **[R. 55]** is **ADOPTED** as
   and for the Opinion of the Court.

2. The Court **ACCEPTS** Defendant Dumitru's guilty plea.

3. Dumitru is **ADJUDGED** guilty of Count Two of the Indictment.

4. Dumitru's interest in the property listed in the forfeiture allegation of the
   Indictment is **ADJUDGED FORFEITED**.

This 31st day of March, 2026.

Gregory F. Van Tatenhove
United States District Judge